IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | CIVIL NO. 16-CV-00664-WJ-WPL |
| ) | CRIMINAL NO. 13-2624-WJ |
| vs. ) | |
| ) | |
| **PHILLIP NAPOLEON CONTRERAS**, ) | |
| ) | |
| Defendant/Petitioner. ) | |

ORDER GRANTING STAY

THIS MATTER having come before the Court on the written motion of the United States of America for a stay of these proceedings, and the Court, being fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that further proceedings in this case shall be STAYED until the United States Supreme Court issues an opinion in *Beckles v. United States* (S. Ct. No. 15-8544).

WILLIAM P. LYNCH
United States Magistrate Judge

___/s/ October 17, 2016__
Created and Approved by:
MARK A. SALTMAN


/s/ *Cori A. Harbour-Valdez*
Approved by:
CORI ANN HARBOUR-VALDEZ